# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

_____

**In Re**

JERRY DAVIS and CYNTHIA KAY DAVIS,

**Case No. 07-00622**
**Chapter 7**

**Debtors.**

_____

## ORDER DENYING DEBTORS' MOTION TO AVOID LIEN

_____

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** the Debtors' Motion to Avoid Lien, Docket No. 20, shall be and is hereby **DENIED.**

Dated: September 13, 2007

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER - 1